IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § |
| **Plaintiff,** | § § Civil Action No.  5:16-cv-00758-FB-JWP |
| v. | § § |
| NABORS INDUSTRIES LTD., NABORS INDUSTRIES, INC., NABORS CORPORATE SERVICES, INC., NABORS DRILLING TECHNOLOGIES USA, INC., C&J WELL SERVICES, INC., C&J ENERGY SERVICES, INC. AND C&J ENERGY SERVICES, LTD., | § § § § § § § § |
| **Defendants.** | § § § |

## ORDER

ON THIS DAY, came to be heard Plaintiff EEOC'S Response In Opposition to Defendant Nabors Industries Ltd.'s Motion to Dismiss. The Court, having considered said Response, is of the opinion and finds that Defendant's Motion should be DENIED.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that the Defendant Nabors Industries Ltd.'s Motion to Dismiss is hereby DENIED.

SIGNED and ENTERED this _____ day of _____, 2016.


_____
FRED BIERY
UNITED STATES DISTRICT JUDGE