

EEOC 003678