IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § |
| Plaintiff, | § § §Civil Action No. 5:16-cv-00758-FB-JWP |
| v. | § § |
| NABORS CORPORATE SERVICES, INC. AND C&J WELL SERVICES, INC., | § § § § |
| Defendants. | § |

### DEFENDANTS NABORS CORPORATE SERVICES, INC. AND C&J WELL SERVICES, INC.'S OBJECTIONS AND ANSWERS TO PLAINTIFF EEOC'S FIRST SET OF INTERROGATORIES

TO: Plaintiff, Equal Employment Opportunity Commission, by and through its attorneys of record, P. David Lopez, Gwendolyn Young Reams, Robert A. Canino, Edward Juarez, David C. Rivela, Dallas District Office, San Antonio Field Office 5410 Fredericksburg Rd., Ste.200, San Antonio, Texas 78229.

COME NOW, Defendants Nabors Corporate Services, Inc. ("NCS") and C&J Well Services, Inc. ("CJWS") and serve their Objections and Answers to Plaintiff's First Set of Interrogatories.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: /s/ James M. Cleary, Jr.
James M. Cleary, Jr.
State Bar No. 00783838
Federal I.D. No. 15499
E-Mail: cleary@mdjwlaw.com
808 Travis Street, 20th Floor
Houston, Texas 77002
(713) 632-1700 Telephone
(713) 222-0101 Facsimile

**INTERROGATORY NO. 7:** Identify all witnesses who provided statements to representatives of Nabors Corporate Services, Inc., Nabors Completion and Production Services Company, and/or C&J Well Services, Inc. during 2012 concerning investigations of allegations of race discrimination concerning employees of Nabors Completion and Production Services Company assigned to Pleasanton, Texas, including the claimants identified in the EEOC's Third Amended Complaint and Duane Jewell.

**ANSWER: Defendants object to this Interrogatory to the extent that it requires Defendants to marshal all of their available proof or the proof they intend to offer at trial. Defendants further object to this Interrogatory on the grounds that it seeks information shielded from disclosure by the attorney-client and attorney work product privileges. Defendants object to this Interrogatory on the grounds that it is overbroad. Defendants also object to this Interrogatory on the grounds that it seeks to invade the privacy rights of individuals who are not parties to this lawsuit. Defendants further object to this Interrogatory as duplicative of the information sought by Interrogatory No. 6.**

**Subject to and without waiving the foregoing objection(s), no individuals provided written statements beyond their oral representations made while being interviewed during investigations.**

**INTERROGATORY NO. 8:** Identify the dates when Nabors Corporate Services, Inc., Nabors Completion and Production Services Company and C&J Well Services, Inc. first initiated litigation holds as to its employees and agents concerning the claims of discrimination and retaliation made by employees of Nabors Completion and Production Services Company assigned to Pleasanton, Texas during 2012 which are the basis of the above styled lawsuit.

**ANSWER: Defendants object to this Interrogatory on the grounds that it seeks information shielded from disclosure by the attorney-client and attorney work product privileges.**

**Subject to and without waiving the foregoing objection(s), Defendants will supplement.**

**INTERROGATORY NO. 9:** Identify all officers, employees or agents of Nabors Corporate Services, Inc., Nabors Completion and Production Services Company and/or C&J Well Services, Inc. who were briefed by Julia Wright as to findings and recommended actions to be taken based on investigations of race discrimination or retaliation against personnel assigned to operations of Nabors Completion and Production Services Company in Pleasanton, Texas during 2012.

**ANSWER: Defendants object to this Interrogatory to the extent that it requires Defendants to marshal all of their available proof or the proof they intend to offer at trial. Defendants further object to this Interrogatory on the grounds that it seeks information shielded from disclosure by the attorney-client and attorney work product privileges. Defendants object to this Interrogatory on the grounds that it is overbroad and harassing, and that it seeks information that is neither relevant nor likely to lead to the discovery of admissible evidence. Defendants also object to this Interrogatory on the grounds that it seeks to invade the privacy rights of individuals who are not parties to this lawsuit.**

ATTORNEYS FOR DEFENDANTS
NABORS CORPORATE SERVICES, INC.
AND C&J WELL SERVICES, INC.

**OF COUNSEL:**
Leslie T. Tan
State Bar No. 24046998
Federal I.D. No. 635202
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis Street, 20th Floor
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of foregoing document has been forwarded via email, on this the 27th day of July, 2017 to:

P. David Lopez                                                              *Via Email*
Gwendolyn Young Reams
Robert A. Canino
Edward Juarez
David C. Rivela
Equal Employment Opportunity Commission
Dallas District Office,
San Antonio Field Office
5410 Fredericksburg Rd., Ste.200
San Antonio, Texas 78229


/s/ *James M. Cleary, Jr.*
James M. Cleary, Jr.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § |
| Plaintiff, | § § |
| | §Civil Action No. 5:16-cv-00758-FB-JWP |
| v. | § § |
| NABORS CORPORATE SERVICES, INC. AND C&J WELL SERVICES, INC., | § § § |
| Defendants. | § § |

## VERFICATION OF JULIA WRIGHT

STATE OF TEXAS                     §
                                                §
COUNTY OF HARRIS            §

BEFORE ME, the undersigned authority, personally appeared Julia Wright, known to me to be the person whose name is subscribed to the foregoing Defendants Nabors Corporate Services, Inc. and C&J Well Services, Inc.'s Objections and Answers to Plaintiff's First Set of Interrogatories, and, after having been duly sworn, stated under oath that she is an authorized representative of the Defendants in the above captioned case, and that she has read the foregoing Answers to Interrogatory Numbers 1, 2, 8, 9, 10, 11, 12, 13, and 14, and that they are true and correct either based on her personal knowledge or the information provided to her.

NABORS CORPORATE SERVICES, INC.

By: _____
Julia Wright

Title: Vice President and General Counsel

SWORN TO AND SUBSCRIBED BEFORE ME on this 25th day of July, 2017.

_____
Notary Public, State of Texas

GAIL K. SCOTT
NOTARY PUBLIC - STATE OF TEXAS
ID# 86380-9
COMM. EXP. 12-14-2019